NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOE C. MACK,                                )
                                            )
             Appellant,                     )
                                            )
v.                                          )        Case No. 2D18-1931
                                            )
STATE OF FLORIDA,                           )
                                            )
             Appellee.                      )
                                            )
_____ )

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Michael E. Raiden,
Judge.

Joe C. Mack, pro se.


PER CURIAM.


             Affirmed.


LaROSE, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., CONCUR.